1

2

3

4

5

6

7

8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12  BRENT BEASLEY, ERNEST              Case No.  08CV6634-RGK (MANx)
    GLASCOW, BILL PETERS, RAUL
13  MELENDEZ, TRUSTEES OF THE          (Complaint Filed October 8, 2008)
    UNION ROOFERS SUPPLEMENT
14  ANNUITY TRUST, UNION ROOFERS
    HEALTH & WELFARE FUND, UNION
15  ROOFERS ADMINISTRATIVE FUND,       **[PROPOSED]** **ORDER RE**
    UNION ROOFERS JOINT               **CONFIDENTIAL INFORMATION**
16  APPRENTICESHIP AND TRAINING
    FUND,
17
                Plaintiffs,
18
        v.
19
    NIELCO ROOFING AND SHEET
20  METAL, INC., dba NIELCO ROOFING, a
    Utah corporation,
21
                Defendants.
22

23

24

25

26

27

28

# **O R D E R**

The court, having read and considered the Stipulation for Order re Confidential Information ("Stipulation"), regarding the protection of Confidential Information, and good cause appearing in that discovery in this action will be facilitated thereby,

IT IS HEREBY ORDERED that the Stipulation, as modified by the Court, is entered in this action without prejudice to any motion for further modification.  The parties are cautioned, however, that their Stipulation and this related Order, in and of themselves, create no entitlement to file under seal information, documents, or things designated as Confidential Information by the parties.  Accordingly, reference to the Stipulation or the Order, or to the parties' designation of any information, document, or thing as Confidential Information, is wholly insufficient to warrant filing under seal.  Good cause must be shown to support a filing under seal, and the parties' mere designation of any information, document, or thing as Confidential Information does not – without the submission of evidence establishing the confidential nature of the material sought to be filed under seal – establish good cause.

DATED:  April 9, 2009

_____
/s/
HON. MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE