JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BEASLEY, ERNEST GLASCOW, BILL PETERS, RAUL MELENDEZ, TRUSTEES OF THE UNION ROOFERS SUPPLEMENT ANNUITY TRUST, UNION ROOFERS HEALTH & WELFARE FUND, UNION ROOFERS ADMINISTRATIVE FUND, UNION ROOFERS JOINT APPRENTICESHIP AND TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NIELCO ROOFING AND SHEET METAL, INC., dba NIELCO ROOFING, a Utah corporation,<br><br>Defendants. | Case No.  08CV6634 RGK (Manx)<br><br>(Complaint Filed October 8, 2008)<br><br>[**PROPOSED**] **JUDGMENT AND ORDER THEREON** |

IT IS HEREBY ORDERED that:

In the matter of **Beasley, et al., v. Nielco Roofing and Sheet Metal, Inc., dba Nielco Roofing, a Utah Corp.**, filed in the United States District Court for the Central District of California, **Case No. CV 08-06634 RGK (MANx)**, Plaintiffs Beasley, et al. shall recover from Nielco by Judgment, the sum of $201,801.13 less credit for any

-1-

installment payments previously made pursuant to the Stipulated Settlement and Release Agreement by Judgment.

IT IS SO ORDERED.

Date:  July 20, 2009  _____
R. GARY KLAUSNER,
United States District Judge